UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2007 OCT 12 AM 11:30

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Docket No. **07 MJ 2442** |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | |
| ) | Title 8, U.S.C., Section 1326 |
| Pancho GARCIA-Lopes, ) | Deported Alien Found in the |
| ) | United States |
| Defendant ) | |

The undersigned complainant, being duly sworn, states:

On or about **October 10, 2007** within the Southern District of California, defendant, **Pancho GARCIA-Lopes,** an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 12th DAY OF **OCTOBER, 2007**

Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Pancho GARCIA-Lopes

## PROBABLE CAUSE STATEMENT

On October 10, 2007, Border Patrol Agent S. Blea, was assigned line watch duties in the Chula Vista Area of Operations. At approximately 9:30 p.m., Agent Blea was contacted by National Guard personnel regarding pedestrian traffic located in the area known as the "Pipe Crossing" in Otay Valley. National Guard personnel were using an infrared scope and located the foot traffic approximately two miles east of the Otay Mesa, California, Port of Entry and approximately one mile north of the United States/Mexico International Boundary. Agent Blea responded to this area and located the two individuals heading in a northbound direction. Agent Blea caught up to the individuals and identified himself as a Border Patrol Agent, and told them to stop. Agent Blea questioned both subjects individually as to their citizenship and nationality. Both subjects responded by stating "Mexico," including one later identified as the defendant, Pancho GARCIA-Lopes. Agent Blea questioned both subjects to see if they had any immigration documents that would allow them to remain or be in the United States legally. Both subjects responded by saying "No." Blea placed both individuals under arrest and transported them to the Chula Vista Border Patrol Station for processing.

Routine records checks revealed that the defendant has a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security reveal the defendant was previously deported to **Mexico** on **September 8, 2007** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda Rights. The defendant stated that he understood his rights and agreed to speak to the Agents without an attorney present. During the interview, the defendant stated that he is a citizen and national of Mexico, illegally present in the United States without any immigration documents allowing him to enter, be, or remain in the United Stated legally. The defendant further stated that he illegally crossed the International Boundary between the United States and Mexico by walking across the border East of Otay Mesa, California Port of Entry.