AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

PANCHO GARCIA-LOPES

**FILED**
NOV 15 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

**WAIVER OF INDICTMENT**

CASE NUMBER: 07cr_3076-LAB

I, PANCHO GARCIA-LOPES, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 11/15/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Pancho Garcia L.
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER