**FILED**

**DEC 1 1 2007**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>              Plaintiff,  )<br>  )<br>         v.  )<br>  )<br>PANCHO GARCIA-LOPES,  )<br>  )<br>              Defendant.  )<br>_____) | Criminal Case No. 07CR3076LAB<br><br>I N F O R M A T I O N<br>     **(Superseding)**<br><br>Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Misdemeanor);<br>Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Felony) |

The United States Attorney charges:

Count 1

On or about _September 2007_, within the Southern District of California, defendant PANCHO GARCIA-LOPES, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

//

//

WDK:psd:San Diego
12/04/2007

<u>Count 2</u>

On or about October 10, 2007, within the Southern District of California, defendant PANCHO GARCIA-LOPES, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: October 11, 2007.

KAREN P. HEWITT
United States Attorney

*[signature: Charlotte E. Kaiser for]*

DOUGLAS KEEHN
Assistant U.S. Attorney